FRANCIS J. SWAYZE, executor, &c., respondent,

*v.*

HARRIET M. HUNTINGTON et al., appellants and respondents.

[Argued March 4th, 1914.   Decided May 4th, 1914.]

On appeal of defendant Charles R. Lane from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported in *82 N. J. Eq. 127.*

*Mr. Edward M. Colie,* for the complainant-respondent.

*Messrs. Pitney, Hardin & Skinner,* for Edwin W. Merriam and Henry F. Merriam, individually, and as executors of the last will and testament of John J. Merriam, deceased, Helen M. LaCoste and Amelia E. Merriam.

*Mr. Edward S. Atwater, Jr.,* for Harriet M. Huntington, Ralph H. Buffington, administrator of Maybelle F. Buffington, deceased, Olin L. Merriam, Nellie J. Merriam and Carlisle J. Lane; *Mr. Charles E. Littlefield* (of the New York bar), of counsel.

*Mr. William A. Smith,* for the guardian *ad litem* of infant defendants, Carlisle R. Lane, Albert Merriam Lane and Clara May Lane.

*Mr. Thomas M. Kays,* for the defendants-respondents Edward M. Dutcher, guardian of Elnora H. Dutcher.

*Mr. Thomas P. McKenna,* for the defendant-appellant, Charles R. Lane; *Mr. John W. Sheehan* (of the Massachusetts bar), of counsel.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Howell.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER—9.

*For reversal*—None.